AO 455 (Rev.5/85)   Waiver of Indictment

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

JEFFERY L. LEVINE

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:09-CR-554

I, <u>JEFFERY L. LEVINE</u>, the above named defendant, who is accused of False Entries in Bank Books and Records, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on December 22, 2009 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JEFFERY L. LEVINE
Defendant

_____
Jack Williams
Counsel for Defendant

Before _Russell G. Vineyard_
           Judicial Officer